UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

CARLOS AMADOR, ET AL.,          *
                                *
            Plaintiffs          *
                                *
        v.                      *     Civ. No. 98-1190(PG)
                                *
PUERTO RICO SUN OIL COMPANY,    *
                                *
            Defendant           *
                                *
-----------------------------------*

## J U D G M E N T

The Court having remanded the case to the court of first instance, it is hereby

**ORDERED and ADJUDGED** that the instant action is **REMANDED** to the state court and the case is **CLOSED**.

San Juan, Puerto Rico, November _18_, 1999.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge

AO 72A
(Rev. 8/82)